**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Maria A. De Los Angeles GARCIA–FLORES, a.k.a. Maria Garcia,**
**Defendant–Appellant.**

**No. 07–14443**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

March 26, 2008.

Gregory W. Hughes, Mobile, AL, for Plaintiff–Appellee.

Steven E. Butler, Mobile, AL, for Defendant–Appellant.

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Gregory Hughes, appointed counsel for Maria De Los Angeles Garcia–Flores, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Previously, in *United States v. Maria De Los Angeles Garcia–Flores,* no. 04–15327, we affirmed Garcia–Flores's convictions for: (1) conspiracy to possess with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(b)(1)(A); (2) posses-sion with intent to distribute cocaine, in violation of 21 U.S.C. §§ 846, 841(a)(1),(b)(1)(A); and (3) failure to appear in court, in violation of 18 U.S.C. § 3146(a). Although we affirmed the sentence for Garcia–Flores's failure to appear, we vacated her drug trafficking sentences and remanded for resentencing in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005). The district court resentenced Garcia–Flores to 188 months imprisonment on both counts, set to run concurrently, followed by 5 years supervised release, and she now appeals the reimposed sentences.

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED,** and Garcia–Flores's aggregate sentence is **AFFIRMED.**